UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Index No.: 13-CV-7491

ALIM JACKSON,                                NOTICE OF
                                             **APPEARANCE**

                             **Plaintiff,**

  -against-

METROPOLITAN TRANSPORTATION AUTHORITY,
GREG BUEHLER, Individually, and JOHN and JANE DOE
1 through 10, Individually (the names John and Jane Doe
being fictitious, as the true names are presently unknown),

                             **Defendants.**
----------------------------------------X

      **PLEASE TAKE NOTICE,** that I am a member of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP. I will be appearing in this matter on behalf of Defendants, METROPOLITAN TRANSPORTATION AUTHORITY, GREG BUEHLER, Individually, and JOHN and JANE DOE 1 through 10, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown).

Dated: Mineola, New York
       December 10, 2013        **BEE READY FISHBEIN HATTER & DONOVAN, LLP**

                                   By: _____
                                        Michael P. Siravo (MPS 6425)

                                   By: _____
                                        Angelo M. Bianco (AB 2733)
                                        *Attorneys for Defendants*
                                        170 Old Country Road
                                        Mineola, New York  11501
                                        (516) 746-5599
                                        File No.:  6178-1231

cc:   **Via ECF**
      **LEVENTHAL & KLEIN, LLP**
      *Attorneys for Plaintiff*
      45 Main Street, Suite 230
      Brooklyn, New York  11201
      By:   Brett H. Klein (BK 4744)
      (718) 722-4100